IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>ROY BERNARD WESTRY,<br><br>                Defendant. | No. CR :11-cr-00394-CRB-1<br><br>**STIPULATED ORDER VACATING HEARING** |

The above-entitled matter is currently scheduled for status on allegations of violations of supervised release.

Since the last appearance, Mr. Westry has been accepted into the Oakland High Risk Reentry Court program. The Office of Probation reports that Mr. Westry has been reporting as directed and participating in all program components. That Court meets on Wednesdays, at the same time as the next scheduled appearance before this Court.

In light of this development, and with the agreement of the Office of Probation, the parties jointly request that the hearing currently scheduled for Wednesday November 18, 2015 at 4:00 p.m. be vacated.

If there are problems with compliance in the Oakland Reentry Court, Mr. Westry shall be added back to this Court's calendar by the Office of Probation. This Court will then proceed on the pending alleged violations of supervised release.

//

//

Therefore, for good cause shown the hearing currently scheduled on Wednesday November 18, 2015 at 4:00 p.m. shall be vacated.

IT IS SO ORDERED.

<u>November 17, 2015</u>  
DATED

_____  
CHARLES R. BREYER  
United States District Judge

IT IS SO STIPULATED.

_____  
DATED

_____/s_____  
BRIAN STRETCH  
Acting United States Attorney  
Northern District of California  
KYLE WALDINGER  
Assistant United States Attorney

_____  
DATED

_____/s_____  
STEVEN G. KALAR  
Federal Public Defender  
Northern District of California

*WESTRY,* CR :11-CR-00394-CRB-1  
STIP. ORD. VACATING HEARING